IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TERRY JAMES BUCHANON II,    )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )           3:21cv737-MHT
                            )                (WO)
ALABAMA BUREAU OF PARDONS   )
AND PAROLES, et al.,        )
                            )
    Defendants.             )
```

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for a preliminary injunction seeking a release from incarceration after the revocation of his state parole. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED that:

    (1) The recommendation of the United States Magistrate Judge (Doc. 21) is adopted.

    (2) The motion for preliminary injunction (Doc. 1) is denied.

    It is further ORDERED that this case is referred back to the magistrate judge for further proceedings. This case is not closed.

    DONE, this the 17th day of August, 2022.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE